Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000476
13-MAY-2019
08:22 AM

NO. CAAP-18-0000476

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DOUGLAS KEYES SELF, Plaintiff-Appellee,
v.
WILLIAM GUIOU FISHER, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 16-1-0423)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) On June 7, 2018, Defendant-Appellant William Guiou Fisher (Fisher), filed the notice of appeal;

(2) On July 30, 2018, the family court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before August 9, 2018, and September 10, 2018, respectively;

(3) Fisher did not file either document or request an extension of time;

(4) On October 29, 2018, the appellate clerk notified Fisher that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on November 8, 2018, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules

of Appellate Procedure Rules 12.1(e) and 30, and Fisher may request relief from default by motion; and

(5) Fisher took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, May 13, 2019.

Presiding Judge

Associate Judge

Associate Judge

2